IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS,
TEXARKANA DIVISION

| | |
|---|---|
| **RHONDA SHERMAN,** § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 5:11-cv-92 |
| § | |
| **CHRISTUS ST. MICHAEL HEALTH** § | |
| **SYSTEM** § | |
| **Defendant.** | |

## FINAL JUDGMENT

THIS MATTER is before the Court following a jury trial, which commenced on September 17, 2012 and concluded on September 18, 2012. The jury returned a verdict in favor of the Defendant, CHRISTUS Health Ark-La-Tex d/b/a St. Michael Health System, as to all of Plaintiff Rhonda Sherman's claims. With respect to Plaintiff Rhonda Sherman's claim of interference with the exercise of her rights pursuant to the FMLA, the Court is in agreement with the jury's findings and thus adopts its verdict with respect to Rhonda Sherman's FMLA interference claim. Accordingly, the Court accepts the jury's verdict as to all claims presented in this matter.

THEREFORE, the Court ORDERS and ADJUDGES that Plaintiff, Rhonda Sherman, take nothing by her suit and that Defendant, CHRISTUS Health Ark-La-Tex d/b/a St. Michael Health System, recover its court costs from Plaintiff.

The Court orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT. The Clerk is directed to CLOSE this case.

 **It is SO ORDERED.**

**SIGNED this 2nd day of October, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE